■ In the Matter of BARRY A. KLUGERMAN, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Respondents. [25 NYS3d 602]—

Order, Supreme Court, New York County (Margaret A. Chan, J.), entered November 13, 2014, which, upon reargument, granted respondents' cross motion to dismiss the petition as time-barred and to confirm the arbitration award, unanimously affirmed, without costs. Appeal from order, same court and Justice, entered June 18, 2014, unanimously dismissed, without costs.

The petition was filed more than 90 days after the arbitration award was delivered to petitioner's union, his designated representative; accordingly, it is time-barred (CPLR 7511 [a]; *Matter of Case v Monroe Community Coll.*, 89 NY2d 438, 443 [1997]).

Even if the petition were timely, petitioner lacks standing to seek vacatur of the arbitration award (*see Chupka v Lorenz-Schneider Co.*, 12 NY2d 1, 6 [1962], *appeal dismissed* 372 US 227 [1963]).

We dismiss the appeal from the June 18, 2014 order. That order was superseded by the order entered November 13, 2014. Concur—Friedman, J.P., Sweeny, Saxe and Gische, JJ.